Steven P. Rice (State Bar No. 94321)
srice@crowell.com
CROWELL & MORING LLP
3 Park Plaza, 20th Floor
Irvine, California 92614-8505
Telephone: (949) 263-8400
Facsimile: (949) 263-8414

Attorneys for Plaintiff and Counterdefendant Consolidated Golden Quail Resources, Ltd. and Counterdefendants Benson Minerals, Inc. and Michael Schaffer



FILED
CLERK, U.S. DISTRICT COURT
DEC 21 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSOLIDATED GOLDEN QUAIL RESOURCES, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>WINDHAM RESOURCES, INC., and JAMES TAORMINA,<br><br>Defendants.<br><br>WINDHAM RESOURCES, INC. and JAMES TAORMINA,<br><br>Counterclaimants,<br><br>v.<br><br>CONSOLIDATED GOLDEN QUAIL RESOURCES, LTD., BENSON MINERALS, INC., and MICHAEL SCHAFFER,<br><br>Counterdefendants. | CASE NO. CV-09-01078 MMM (JWJx)<br>ORDER GRANTING re<br>STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br>[Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

WHEREAS, this action having been settled,

The parties, though their respective attorneys of record, stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action, in its entirety, including the Complaint and Counterclaim, shall be and hereby is dismissed with

prejudice. The parties will bear their own attorney's fees and costs.

DATED: December 18, 2009     CROWELL & MORING LLP

By: /s/ Steven P. Rice
Steven P. Rice
Attorneys for Plaintiff and Counterdefendant
Consolidated Golden Quail Resources, Ltd.
and Counterdefendants Benson Minerals, Inc.
and Michael Schaffer

DATED: December 18, 2009     LAW OFFICES OF TODD PICKER

By: _____
Todd A. Picker
Attorneys for Defendants and
Counterclaimants Windham Resources. Inc.
and James Taormina

IR4315265.1

1  prejudice. The parties will bear their own attorney's fees and costs.

2  DATED: December 18, 2009        CROWELL & MORING LLP

4  By: _____
   Steven P. Rice
5  Attorneys for Plaintiff and Counterdefendant
   Consolidated Golden Quail Resources, Ltd.
6  and Counterdefendants Benson Minerals, Inc.
   and Michael Schaffer

8  DATED: December 18, 2009        LAW OFFICES OF TODD PICKER

10 By: _____
   Todd A. Picker
11 Attorneys for Defendants and
   Counterclaimants Windham Resources, Inc.
12 and James Taormina

IR4315265.1

IT IS SO ORDERED

Dated December 21, 2009

*Margaret M. Morrow*
United States District Judge

2                                   Case No. CV-09-01078 MMM (JWJx)
STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE